UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

───────────────────────────────────────────────────────────────

UNITED STATES OF AMERICA,

        Plaintiff,

       v.                                          Case No. 15-CR-115

TRACY L. BOLTON,

        Defendant.

───────────────────────────────────────────────────────────────

**ORDER GRANTING THE GOVERNMENT'S
MOTION FOR LEAVE TO DISMISS INDICTMENT**

───────────────────────────────────────────────────────────────

Upon motion of the United States, and pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

IT IS ORDERED that the United States is granted leave to dismiss the indictment against defendant, Tracy L. Bolton, in the above-captioned case, with prejudice.

Dated at Milwaukee, Wisconsin, this \_\_\_\_ of May, 2015.

 

                                                              _____
                                                              HON. J.P. STADTMUELLER
                                                              United States District Judge