# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br>v.<br><br>TRACY L. BOLTON,<br><br>                    Defendant. | Case No. 15-CR-115-JPS<br><br>**ORDER** |

The original indictment in this matter, returned on June 9, 2015, named Defendant Tracy L. Bolton ("Bolton") and three other defendants. A superseding indictment returned on October 12, 2016 did not include Bolton as a defendant. The government has now filed a motion requesting a formal order dismissing the indictment against Bolton with prejudice. (Docket #254). The Court will grant the government's request. *See* Fed. R. Crim. P. 48(a).

Accordingly,

**IT IS ORDERED** that the United States' motion for leave to dismiss the indictment in this matter as to Defendant Tracy L. Bolton (Docket #254) be and the same is hereby **GRANTED**.

Dated at Milwaukee, Wisconsin, this 26th day of May, 2017.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge